**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RAYVON DIAZ,

                Plaintiff,        16 **CIVIL** 6241 (KMK)
                                       11 **CR.** 630 (KMK)

   -against-

                                         **JUDGMENT**

UNITED STATES OF AMERICA,
                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 30, 2020, the petition is dismissed; As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability shall not be issued; and the Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this judgment on the merits would not be taken in good faith; judgment is entered in favor of Respondent; accordingly, this case is closed.

**DATED:** New York, New York
             March 31, 2020

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                    **Clerk of Court**
                             **BY:**
                                                    _____
                                                    **Deputy Clerk**